## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2003 NOV -3 P 12: 45

DISTRICT COURT
HARTFORD CT

JEFFREY P. CHRISTMAN     :     CIVIL NO. 3:02CV1405(CFD)

    VS.            :

TROOPER KICK        :     OCTOBER 31, 2003

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant State Police Trooper Kick moves for summary judgment on the basis that he had probable cause to effect the plaintiff's arrest. In the alternative, the defendant would be entitled to qualified immunity from all claims in the plaintiff's complaint. In support thereof, the defendant submits the following:

1.    Defendant's Memorandum of Law in Support of Summary Judgment.

2.    Defendant's Local Rule 56(c)(1) Statement of Material Facts.

3.    Supporting Affidavits and Attachments

    A.    Affidavit of Defendant State Police Trooper Kick

    B.    State Police Accident Report (8 pages)

DEFENDANT,
Trooper Kick

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
Federal Bar No. ct16304
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: matthew.beizer@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 31st day of October, 2003:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Matthew B. Beizer
Assistant Attorney General