UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY P. CHRISTMAN | : | CIVIL NO. 3:02CV1405(CFD) |
| VS. | : | |
| TROOPER KICK | : | OCTOBER 31, 2003 |

## DEFENDANT'S LOCAL RULE 56(a)1 STATEMENT

1. The defendant is a Connecticut State Police Trooper. (Plaintiff's Complaint).

2. The plaintiff is a resident of West Haven, Connecticut. (Plaintiff's Complaint).

3. On April 10, 2000, the plaintiff was operating a motor vehicle on Interstate Highway 95, near Exit 26, when he was involved in an altercation with another motorist (Mr. McMahon) that involved verbal taunting and harassment. (Plaintiff's Complaint, Para. 6).

4. During said altercation, the plaintiff applied his brakes several times while motorist McMahon was traveling closely behind his vehicle. (Police Report, 04/10/00; Trooper Kick Affidavit, para. 6).

5. Motorist McMahon's vehicle struck the plaintiff's vehicle in the rear bumper. (Police Report, 04/10/00; Trooper Kick Affidavit, para. 8).

6. The defendant investigated the aforesaid incident and confirmed by physical evidence that McMahon's vehicle struck the rear bumper of the plaintiff's vehicle (Plaintiff's Complaint, Para. 7).

7. As part of his investigation, the defendant questioned the plaintiff and motorist McMahon concerning their respective involvement in the aforesaid incident. (Police Report, 04/10/00; Trooper Kick Affidavit, para. 4).

8. In his statement to the defendant, the plaintiff admitted applying his brakes several times while motorist McMahon was traveling closely behind. (Plaintiff Statement, 04/10/00; Trooper Kick Affidavit, para. 6).

9. During his questioning of the plaintiff, the defendant noted that the plaintiff was, at times, uncooperative by either refusing to answer questions, or only partially answering them. (Police Report, 04/10/00; Trooper Kick Affidavit, para. 9).

10. In his statement to the State Police, motorist McMahon stated that the plaintiff pulled his vehicle in front of his and applied his brakes, causing the two vehicles to collide; (Police Report, 04/10/00; Trooper Kick Affidavit, para. 8).

11. After the collision, the two vehicles exited the highway and motorist McMahon called the State Police; (Police Report, 04/10/00).

12. Following his investigation, the defendant concluded that both parties were at fault for the accident and cited them both for motor vehicle violations; (Police Report, 04/10/00; Trooper Kick Affidavit, para. 10).

13. The plaintiff was charged with Reckless Driving, braking his vehicle with the vehicle directly behind him traveling too close causing them to collide in violation of Conn. Gen. Stat. § 14-222; (Police Report, 04/10/00; Trooper Kick Affidavit, para. 11).

14. Motorist McMahon was found at fault for following too closely for a commercial vehicle rendering him unable to stop prior to colliding with the car in front of him in violation of Conn. Gen. Stat. § 14-240; (Police Report, 4/10/00; Trooper Kick Affidavit, para. 12).

15. Both motorists involved in this motor vehicle incident were caucasian males; (Trooper Kick Affidavit, para. 13).

>                                    DEFENDANT,
>                                    Trooper Kick
>
>                                    RICHARD BLUMENTHAL
>                                    ATTORNEY GENERAL
>
>                                    BY: _____
>                                    Matthew B. Beizer
>                                    Assistant Attorney General
>                                    Federal Bar No. ct16304
>                                    110 Sherman Street
>                                    Hartford, CT 06105
>                                    Telephone No.: (860) 808-5450
>                                    Fax No.: (860) 808-5591
>                                    E-mail: matthew.beizer@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 31st day of October, 2003:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Matthew B. Beizer
Assistant Attorney General