UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY P. CHRISTMAN | : |
| v. | : CASE NO. 3:02CV1405(CFD) |
| TROOPER KICK | : |

### JUDGMENT

This action having come on for consideration of the defendant's motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law and having filed a Ruling granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 29th day of October, 2004.

KEVIN F. ROWE, Clerk

By _____
Devorah Johnson
Deputy Clerk

EOD_____